UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  20-04773 |
| Debbie M. Downie | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The Debtor's plan payment is decreased to $300 per month

2. The plan base is $14,131.10

Enter:  *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  October 05, 2020

**Prepared by:**

Alexander Preber
IARDC#6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100